FILED'08 MAR 25 10:53USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONNA STEVENSON**　　　　　　　　　　　　　　　　CV # 07-235-BR
o/b/o KAREN LEWIS (dec'd)

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

　　　　Defendant.

---

　　　　Attorney fees in the amount of $5,250.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

　　　　DATED this 25th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ Anna Brown
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted on March 21, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1